No. 74–5096. BRIDGES v. UNITED STATES. C. A. 7th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari. 

No. 74–5159. CROWDER v. UNITED STATES. C. A. 5th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari. 

No. 74–5190. CASTILLO-BURGOS v. UNITED STATES. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari. 

No. 74–5207. MABE ET AL. v. CLINCHFIELD COAL CO. ET AL. Sup. Ct. Va. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 74–5220. FELL v. BUREAU OF MOTOR VEHICLES ET AL. Ct. App. Ohio, Cuyahoga County. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 74–5304. CHRISTIAN v. NEW YORK. County Court N. Y., Monroe County. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.